UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

PRO BONO FUND VOUCHER
AND REQUEST FOR REIMBURSEMENT

I, Michael D. Root, duly appointed as counsel pro bono to represent BRIAN MACK in the matter of Brian Mack v. Ronald G. Wood, et. al., Civil Action No. 9:17-CV-1146, hereby request reimbursement pursuant to Local Rule 83.3 for expenses incurred in the representation of my pro bono client in the amount of $ $ 82.70.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable and necessary. I further understand that absent prior approval of the court, cumulative expenses in this matter will not exceed $2,000.00.

Dated: February 2, 2022.

Counsel Pro Bono (Signature): _____

The above application of counsel pro bono is fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund.

Dated: 2/10/2022.

Presiding Judge (Signature): Brenda K Sannes

IT IS SO ORDERED.

Dated: 2/16/22.

Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Michael D. Root

**Law Firm Name:** Cerio Law Offices

**Mailing Address of Law Firm:** 407 S. Warren St., 5th Floor

**City/State/Zip:** Syracuse, NY 13202

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:17-CV-1146

**Party Represented:** Plaintiff Brian Mack

**Dates of Service:** From: 12/20/2019   To: 1/13/2022

*Rates Effective October 2021 through September 2022*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $64 |
| Albany | $114 | $69 |
| Utica | $96 | $59 |
| Binghamton | $101 | $64 |
| Plattsburgh | $96 | $59 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT:** $ 0.00 [handwritten: 82.70]

Finance Audit: MC   Date: 2/10/2022

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** [signed]   **Date:** 2-8-22

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.

*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.

*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

2

## Cerio Law Offices PLLC

Account QuickReport

All Dates

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **CERIO LAW OFFICES PLLC** | | | | | | | | |
| **CLIENT DISBURSMENTS CRIMINAL** | | | | | | | | |
| Mack, B. CR-19-0026 | | | | | | | | |
| 12/06/2021 | Check | 15412 | Federal Express | Mack, Brian CR-19-0026 | CERIO LAW OFFICES PLLC:CLIENT DISBURSMENTS CRIMINAL:Mack, B. CR-19-0026 | | 41.35 | 41.35 |
| 01/28/2022 | Check | 15489 | Federal Express | Mack, Brian CR-19-0026 | CERIO LAW OFFICES PLLC:CLIENT DISBURSMENTS CRIMINAL:Mack, B. CR-19-0026 | | 41.35 | 82.70 |
| Total for Mack, B. CR-19-0026 | | | | | | | | $82.70 |
| Total for CLIENT DISBURSMENTS CRIMINAL | | | | | | | | $82.70 |
| Total for CERIO LAW OFFICES PLLC | | | | | | | | $82.70 |
| **TOTAL** | | | | | | | | **$82.70** |

**Ex.**

# FedEx Ship Manager®

My Profile    Logout    Help

| Ship | LTL Freight | Ship History | My Lists | Reports | Administration |

## Your Shipment Details

| From: | Thomas J. Cerio CERIO LAW OFFICES | Ship date: | 11/30/2021 |
| | | Weight: | 0.50 LBS |
| | 407 South Warren Street | Declared value: | 0.00 USD |
| | Suite 500 | Package Contents: | |
| | Syracuse, NY 13202 | Document Description: | |
| | US | Shipment Purpose: | |
| | 3154228769 | Invoice number: | |
| | | Freight On Value: | |
| | | Pricing Option: | FedEx Standard Rate |
| To: | Brian Mack | Service type: | Priority Overnight |
| | | Package type: | FedEx Envelope |
| | 2140 Soward Ave | Pickup/Drop Off: | Drop off package at FedEx location |
| | Apt. 10G | Shipper account number: | 580230328-328 |
| | BRONX, NY 10473 | Bill transportation to: | 580230328-328 |
| | US | Your reference: | CR190026 |
| | 315-422-8769 | Courtesy rate quote:* | 41.35 USD |
| | | Published rates: | 41.35 |
| Tracking no.: | 775350016834 | Effective net discount: | 0.00 |
| | | Discounted variable %: | |
| | | List variable %: | |
| | | Special services: | Residential delivery |
| | | Shipment type: | Express |
| | | Commercial/Residential Status: | Residential |

Print  Track  Return to History

**Please note :**
.* The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

Developer Resource Center

FedEx Cross Border

**LANGUAGE**

Change Country



February 02, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775350016834

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature release on file | **Delivery Location:** | 2140 SEWARD AVE 10G |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery | | BRONX, NY, 10473 |
| | | **Delivery date:** | Dec 1, 2021 11:55 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775350016834 | **Ship Date:** | Nov 30, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Brian Mack,
2140 Seward Ave
Apt. 10G
BRONX, NY, US, 10473

**Shipper:**
Thomas J. Cerio CERIO LAW OFFICES,
407 South Warren Street
Suite 500
Syracuse, NY, US, 13202

Reference          CR190026

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



# FedEx Ship Manager®

My Profile    Logout    Help

| Ship | LTL Freight | Ship History | My Lists | Reports | Administration |

## Your Shipment Details

| | | | |
|---|---|---|---|
| **From:** | Thomas J. Cerio CERIO LAW OFFICES<br>407 South Warren Street<br>Suite 500<br>Syracuse, NY 13202<br>US<br>3154228769 | Ship date:<br>Weight:<br>Declared value:<br>Package Contents:<br>Document Description:<br>Shipment Purpose:<br>Invoice number:<br>Freight On Value:<br>Pricing Option:<br>Service type:<br>Package type:<br>Pickup/Drop Off:<br>Shipper account number:<br>Bill transportation to:<br>Your reference:<br>Courtesy rate quote:*<br>Published rates:<br>Effective net discount:<br>Discounted variable %:<br>List variable %:<br>Special services:<br>Shipment type:<br>Commercial/Residential Status: | 12/06/2021<br>0.50 LBS<br>0.00 USD<br><br><br><br><br><br>FedEx Standard Rate<br>Priority Overnight<br>FedEx Envelope<br>Drop off package at FedEx location<br>580230326-326<br>580230326-326<br>CR190026<br>35.81 USD<br>35.81<br>0.00<br><br><br><br>Express<br>Commercial |
| **To:** | Brian Mack<br>2140 Seward Ave<br>10G<br>BRONX, NY 10473<br>US<br>315-422-8769 | | |
| **Tracking no.:** | 775398800511 | | |

Print  Track  Return to History

**Please note :**
.* The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible

Developer Resource Center

FedEx Cross Border

**LANGUAGE**

Change Country



February 02, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775398800511

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature release on file | **Delivery Location:** | 2140 SEWARD AVE 10G |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | BRONX, NY, 10473 |
| | | **Delivery date:** | Dec 8, 2021 11:35 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775398800511 | **Ship Date:** | Dec 7, 2021 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
Brian Mack,
2140 Seward Ave
10G
BRONX, NY, US, 10473

**Shipper:**
Thomas J. Cerio CERIO LAW OFFICES,
407 South Warren Street
Suite 500
Syracuse, NY, US, 13202

**Reference**            CR190026

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-594-48946 | Dec 13, 2021 | 5802-3032-6 | 1 of 2 |

**Billing Address:**
CERIO LAW OFFICES
407 S WARREN ST
SYRACUSE NY 13202-2692

**Shipping Address:**
CERIO LAW OFFICES
407 S WARREN ST
SYRACUSE NY 13202-2692

**Invoice Questions?**
Contact FedEx Revenue Services
Phone: 800.622.1147
M-F 7 AM to 8 PM CST
Sa 7 AM to 6 PM CST
Internet: fedex.com

## Invoice Summary

**FedEx Express Services**

| | | |
|---|---|---|
| Total Charges | USD | $41.35 |
| **TOTAL THIS INVOICE** | **USD** | **$41.35** |

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx.



*Payments not received by Dec 28, 2021 are subject to a late fee.*

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx. Please do not staple or fold. Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number |
|---|---|---|
| 7-594-48946 | USD $41.35 | 5802-3032-6 |

**Remittance Advice**       Your payment is due by Dec 28, 2021
*Payments not received by this date are subject to a late fee.*

7594489465000004135058023032620000000000000000413500

CERIO LAW OFFICES
407 S WARREN ST
SYRACUSE NY 13202-2692

FedEx
P.O. Box 371461
Pittsburgh PA 15250-7461



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-594-48946 | Dec 13, 2021 | 5802-3032-6 | 2 of 2 |

## FedEx Express Shipment Detail By Payor Type (Original)

Ship Date: Dec 07, 2021      Cust. Ref.: GR190026      Ref.#2:
Payor: Shipper                         Ref.#3:    Mack, Brian

Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
Distance Based Pricing, Zone 3
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | | |
|---|---|---|---|---|---|
| Automation | INET | | | | |
| Tracking ID | 775398800511 | Thomas J. Cerio CERIO LAW OFFI | Brian Mack | | |
| Service Type | FedEx Priority Overnight | 407 South Warren Street | 2140 Seward Ave | | |
| Package Type | FedEx Envelope | SYRACUSE NY 13202 US | BRONX NY 10473 US | | |
| Zone | 03 | | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | *fedex manager slip stated estimated 35.81* | | | |
| Delivered | Dec 08, 2021 11:35 | Transportation Charge | | | 31.97 |
| Svc Area | A2 | Fuel Surcharge | | | 4.43 |
| Signed by | see above | Residential Delivery | | | 4.95 |
| FedEx Use | 000000000/197/02 | Total Charge | | USD | $41.35 |
| | | | Shipper Subtotal | USD | $41.35 |
| | | | Total FedEx Express | USD | $41.35 |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!